No. 821.   R. C. OWEN Co. *v.* UNITED STATES.   Court of Claims.   Certiorari denied.   *William Waller* for petitioner.   *Solicitor General Rankin, Assistant Attorney General Rice, Robert N. Anderson* and *Carolyn R. Just* for the United States.

No. 885.   GRAVES *v.* TEXAS.   Court of Criminal Appeals of Texas.   Certiorari denied.   *Adolph D. Pavlicek* for petitioner.

No. 900.   GUINESS *v.* UNITED STATES.   Court of Claims.   Certiorari denied.   *Carl L. Shipley, Thomas A. Ziebarth* and *Samuel Resnicoff* for petitioner.   *Solicitor General Rankin, Assistant Attorney General Doub, Alan S. Rosenthal* and *Herbert E. Morris* for the United States.   Reported below: —— Ct. Cl. ——, —— F. Supp. ——.

No. 901.   SECKLER, TRUSTEE, *v.* J. I. CASE Co.   Supreme Court of Colorado.   Certiorari denied.   *Winston S. Howard* for petitioner.   *Clark M. Robertson* for respondent.

No. 889.   WILLIAMS *v.* RAINES, WARDEN.   C. A. 10th Cir.   Certiorari denied.

No. 935.   CARUSO *v.* CALIFORNIA.   District Court of Appeal of California, Second Appellate District.   Certiorari denied.   *Robert Maslow* and *John E. Nolan, Jr.* for petitioner.